## ADAMS v. AVX CORP.

No. 151PA98

Case below: 128 N.C.App. 749

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 July 1998.

## BAGWELL v. KING

No. 157P98

Case below: 129 N.C.App. 115

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

## BALL v. RANDOLPH COUNTY BD. OF ADJUST.

No. 172PA98

Case below: 129 N.C.App. 300

Petition by respondent (Randolph County Board of Adjustment) for discretionary review pursuant to G.S. 7A-31 allowed 8 July 1998.

## BROWN v. FLOWE

No. 110PA98

Case below: 128 N.C.App. 668

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 July 1998.

## CARRINGTON v. WAKEMAN

No. 208P98

Case below: 129 N.C.App. 262

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 8 July 1998.